1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  428 J Street, Suite 359
   Sacramento, CA 95814
3  Telephone:  (916) 447-0160
   Facsimile:   (916) 447-2988
4

5  Attorney for:
   Rafael Reyes Camacho
6

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  16-0169 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER TO CONTINUE CASE TO 11/17/16 AT 10:00 A.M. |
| v. | |
| RAFAEL CAMACHO REYES, | |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, AUSA Timothy Delgado, represented by Attorney Dina Santos hereby stipulate as follows:

1.  By previous order, this matter was set for status on October 13, 2016.

2.  By this stipulation, defendant now moves to continue the status conference until November 17, 2016, and to exclude time between October 13, 2016, and November 17, 2016, under Local Code T4.  Plaintiff does not oppose this request.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  Counsel for defendants desire additional time to finalize a plea agreement, and to otherwise prepare for trial.  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    b)  The government does not object to the continuance.

    c)  Based on the above-stated findings, the ends of justice served by continuing the

1

1 case as requested outweigh the interest of the public and the defendant in a trial within the
2 original date prescribed by the Speedy Trial Act.
3     d)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
4 et seq., within which trial must commence, the time period of October 13, 2016, to November
5 17, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local
6 Code T4] because it results from a continuance granted by the Court at defendant's request on
7 the basis of the Court's finding that the ends of justice served by taking such action outweigh the
8 best interest of the public and the defendant in a speedy trial.

9 ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated: October 11, 2016          Phillip Talbert
United States Attorney

/s/ Timothy Delgado
TIMOTHY DELGADO
Assistant United States Attorney

Dated: October 11, 2016          /s/ Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for RAFAEL REYES CAMACHO

**ORDER**

    IT IS SO ORDERED.

Dated: October 12, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE