PHILLIP A. TALBERT
Acting United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL CAMACHO REYES,<br><br>　　　　　　　Defendant. | CASE NO. 2:16-CR-00169-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: December 7, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

　　　　Plaintiff United States of America, through its respective counsel, and Defendant Rafael Camacho Reyes, through his counsel of record, stipulate that the status conference scheduled for November 17, 2016, be continued to December 7, 2016, at 10:00 a.m.

　　　　In recent weeks, the parties have discussed whether additional discovery will assist in resolving this case, and what measures can be taken to obtain that discovery. The parties believe this issue will be resolved in the next 1-2 weeks, after which, Mr. Camacho will require time to review the new materials with counsel, conduct additional investigation, and otherwise prepare for trial.

　　　　Based on the foregoing, the parties stipulate that the status conference currently scheduled for November 17, 2016, be continued to December 7, 2016, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including December 7, 2016, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

Counsel and the Defendant also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Respectfully submitted,

Dated: November 15, 2016        /s/ Timothy H. Delgado
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States of America

Dated: November 15, 2016        /s/ THD for Dina L. Santos
DINA L. SANTOS
Attorney for Defendant Rafael Camacho Reyes

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

2

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendant in a speedy trial.

Time from the date the parties stipulated, to and including December 7, 2016, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the November 17, 2016 status conference shall be continued until December 7, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 22, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE